UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                              :

  UNITED STATES OF AMERICA,          :

                                               :

                                               :              23 Cr. 63 (LGS)

             -against-              :

                                               :          <u>SCHEDULING ORDER</u>

  DASHAE TROTMAN,               :

                              Defendant.  :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that Defendant Dashae Trotman's sentencing hearing will be held on **October 16, 2023**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.   Defendant's pre-sentencing submission, if any, shall be filed on or before **September 25, 2023**.  The Government's pre-sentencing submission, if any, shall be filed by **September 28, 2023.**

       The conference currently scheduled for July 10, 2023, is canceled.

Dated: July 5, 2023
      New York, New York

                                        **LORNA G. SCHOFIELD**
                                 **UNITED STATES DISTRICT JUDGE**