**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 22, 2023

*By e-mail and ECF*

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application Granted. Defendant's sentencing submission shall be filed on **September 26, 2023**. The Government's sentencing submission shall be filed on **September 29, 2023**. The Clerk of the Court is directed to terminate the letter motion at docket number 23.
>
> Dated: September 25, 2023
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   *United States v. Dashae Trotman*, 23 Cr. 63 (LGS)

Dear Judge Schofield:

     I write to respectfully request that the Court extend by one day the deadline for defendant's sentencing submission, which is currently due on September 25, 2023. The reason for the extension request is that I will be out of the office on September 25, 2023, and will need the additional time to complete my submission. The Government – per Assistant U.S. Attorney Katherine Cheng – consents to the request, and – if the Court grants it – asks that its submission deadline also be extended by one day, to September 29, 2023. Sentencing in this matter is scheduled for October 16, 2023, at 11:00 a.m.

                            Respectfully submitted,

                            /s/
                            Martin S. Cohen
                            Ass't Federal Defender
                            (212) 417-8737

cc:   Katherine Cheng, Esq., by ECF and e-mail