```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   UNITED STATES OF AMERICA,                                :
                                                            :
                                                            :    23 Cr. 63 (LGS)
                       -against-                            :
                                                            :    ORDER
   DASHAE TROTMAN,                                          :
                                          Defendant.        :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing previously scheduled for October 16, 2023, is adjourned to **October 24, 2023, at 11:00 a.m.**

Dated: October 17, 2023
       New York, New York

*[Signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**